**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICE OF DANIEL G. SHAY**
Daniel G. Shay (SBN: 250548)
danielshay@tcpafdcpa.com
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292

*Attorneys for Plaintiff*,
Margaret McKenna

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARET MCKENNA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIALAMERICA MARKETING, INC.,<br><br>Defendant. | Case No.: 3:17-cv-00690-GPC-BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Margaret McKenna ("Plaintiff") voluntarily dismisses her individual claims and the putative class claims in this action without prejudice.

The claims of the putative class members will not be adversely affected by the dismissal because the putative class claims are being dismissed <u>without</u> prejudice and there has been no compromise of the class members' claims. *See e.g., Castro v. Zenith Acquisitions Corp.*, 2007 WL 81905, *7 (N.D. Cal. Jan. 9 2007) ("The proposed settlement is only with regard to Mr. Castro's claim against the Defendants. No rights or claims of the potential class members are surrendered or otherwise compromised. Thus, the proposed settlement between Mr. Castro and the Defendants will not prejudice the potential class members."). Additionally, defendant DialAmerican Marketing, Inc. has not answered the Complaint. *See Hardman v. Tri-Financial, LLC*, 2010 U.S. Dist. LEXIS 9996, *6 (S.D. Cal. Feb. 3, 2010) ("[T]he Court finds no prejudice to putative class members from the conduct of the class representative. As already noted, the dismissal of class claims in the present action will be without prejudice. Moreover, because Defendant never responded, there has been no settlement of the class claims by the class representative and, accordingly, no concessions made.").

Therefore, the Court may proceed to dismiss the action in its entirety, without prejudice.

Dated: May 12, 2017                                  Respectfully submitted,

                                                                 **KAZEROUNI LAW GROUP, APC**

                                                                  BY:  /S/ ABBAS KAZEROUNIAN
                                                                              Abbas Kazerounian, Esq.
                                                                              *Attorney for plaintiff*

Kazerouni Law Group, APC
Costa Mesa, California